UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Craig Johnson,

       Plaintiff,

vs.

Essentia St. Josephs Hospital;
Eli Lilly; State of Minnesota,

       Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 16-1246 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff Craig Johnson's application for leave to proceed *in forma pauperis*, [Docket No. 2], is **DENIED**.

2. Johnson's Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Judgment is entered accordingly.

DATED: 7/11/16
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court